IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| YUDELKA REYNOSO, et al., on behalf of themselves and all other Class Members similarly situated, | Civ. Action No. 2:17-CV-12356-JMV-JBC |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | Stipulated Order |
| NEW JERSEY TURNPIKE AUTHORITY, et al. | |
| Defendants. | |

---

It is on this 17th day of January, 2018 ORDERED as follows;

This action, Civil Action No. 2:17-CV-12356-JMV-JBC, is STAYED pending a decision (the "Decision") in James Long and Homer Walker v. New Jersey Turnpike Authority, Case No. A-001557-17T4 (N.J. Super. App. Div.).

This stay shall terminate ~~automatically~~ when the Decision is final and any appeals therefrom have been decided or the time to appeal has expired (the "Termination Date").

Within 14 days of the Termination Date, Counsel for Plaintiffs and Defendants in this action shall meet and confer regarding a schedule for this action and shall submit a joint status report with the Court that includes a proposed schedule.* 

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all parties within seven (7) days of its entry upon the docket.

*and formal request to re-open the matter.

00451573.v4

\* The Clerk of the Court is directed to administratively terminate this matter without prejudice.

BY THE COURT

_____
Hon. John Michael Vazquez, U.S.D.J.

We hereby consent to the form
and entry of this Stipulated Order:

_____
Matthew Faranda-Diedrich, Esq.
Royer Cooper Cohen Braunfeld LLC
Attorneys for Plaintiffs

Dated: 1/16/18

_____
Ronald L. Israel, Esq.
Chiesa Shahinian & Giantomasi PC
Attorneys for Defendants

Dated: 1/16/18

00451573.v4